No. 14-1119

IN THE
# United States Court of Appeals
**FOR THE FEDERAL CIRCUIT**

OPLUS TECHNOLOGIES, LTD.,

*Plaintiff-Appellant,*

v.

SEARS HOLDING CORPORATION,

*Defendant,*

and

VIZIO, INC,

*Defendant-Cross-Appellant,*

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA IN
CASE NO. 12-cv-570779, JUDGE MARIANA R. PFAELZER

## CONSENT MOTION TO MODIFY THE BRIEFING SCHEDULE

JOSEPH R. RE
 *Counsel of Record*
MICHELLE E. ARMOND
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, 14th Floor
Irvine, CA 92614
(949) 760-0404
*Attorneys for Plaintiff-Appellant*
*Oplus Technologies*

January 16, 2014

## CERTIFICATE OF INTEREST

Counsel for Plaintiff-Appellant Oplus Technologies, Ltd. certifies the following:

1. The full name of every party or amicus represented by me is:

   Oplus Technologies, Ltd.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

   Not applicable.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party represented by me are:

   None.

4. The names of all law firms and the partners or associates that appeared for the party of amicus now represented by me on the trial court or agency or are expected to appear in this court are:

   Arthur Gasey, Daniel Ferri, Gabriel Opatken, Kara Szpondowski, Paul Gibbons, Raymond Niro, Sr. (NIRO HALLER & NIRO LTD); Sean Kneafsey, Shaun Swiger (KNEAFSEY & FRIEND LLP); Joseph R. Re,

Michelle E. Armond (KNOBBE MARTENS OLSON & BEAR LLP).

                                        KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: January 16, 2014    By: */s/ Michelle E. Armond*
                                               Joseph R. Re
                                               Michelle E. Armond

                                        Attorneys for Plaintiff-Appellant,
                                        OPLUS TECHNOLOGIES

Plaintiff-Appellant Oplus Technologies, Ltd. ("Oplus") respectfully brings this unopposed motion pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rules 26(b) and 27(h) to modify the briefing schedule to extend the deadline for Oplus to file its opening Appellant brief by two months, from January 27, 2014 to March 27, 2014, and for Defendant-Cross-Appellant Vizio, Inc. to file its responsive Cross-Appeal and Response brief by one month, from May 6, 2014 to June 6, 2014.  The Court has not previously extended these deadlines.

As set forth in the accompanying Declaration of Michelle E. Armond ("Armond Decl."), good cause exists for granting these extensions.  On January 13, 2014, Oplus retained appellate counsel, and who promptly entered their appearances on January 14, 2014.  (Armond Decl. ¶ 4; Dkt. 16, 18).  Under the current briefing schedule, Oplus' opening Appellate brief is due on January 27, 2014.  This extension will allow appellate counsel sufficient time to familiarize themselves with the issues on appeal and further allow the parties to continue to discuss possible settlement of this action.

Oplus has discussed the subject of this motion with Defendant-Cross-Appellant Vizio, Inc. and Defendant Sears Holding Corporation (collectively "Vizio").  Vizio stated that it agrees to the requested extensions and does not intend to file an opposition.  (Armond Decl. ¶ 5).

For the foregoing reasons, Oplus respectfully requests that the Court grant an extension up through and including March 27, 2014 for Oplus to file its opening Appellant brief, and up through and including June 6, 2014 for Vizio to file its Cross-Appeal and Response brief.

                                      KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  January 16, 2014      By: */s/ Michelle E. Armond*
                                         Joseph R. Re
                                         Michelle E. Armond

                                         Attorneys for Plaintiff-Appellant,
                                         OPLUS TECHNOLOGIES

## PROOF OF SERVICE

In Re:     **CONSENT MOTION TO MODIFY THE BRIEFING SCHEDULE**
Caption: Oplus Technologies, Ltd. v. Sears Holding Corporation et al, 14-1119
Filed:     United States Court of Appeals for the Federal Circuit

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) ss: |
| COUNTY OF ORANGE | ) |

I am a citizen of the United States and a resident of or employed in the County of Orange; I am over the age of eighteen years and not a party to the within action; my business address is: 2040 Main Street, 14th Floor, Irvine, California 92614.  On January 16, 2014, I caused to be served the above-entitled document on the persons interested in said action electronically by **CM/ECF** as follows:

Adrian M. Pruetz
Charles C. Koole
GLASER WEIL FINK JACOBS HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA  90067
Phone:  (310)282-6250
Fax:  (310)785-3550
apruetz@glaserweil.com
ckoole@glaserweil.com

Steven R. Hansen
LEE TRAN LIANG & WANG LLP
601 South Figueroa Street, Suite 3900
Los Angeles, CA  90017
Phone:  (213)612-3737
Fax:  (213)612-3773
Steven.hansen@ltlw.com

I declare under penalty of perjury that the foregoing is true and correct. Service executed on January 16, 2014, at Irvine, California.

*/s/ Michelle E. Armond*
Michelle E. Armond

17046560